UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BRODZKI,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

CASE NO. C10-1656MJP

ORDER DECLINING TO SERVE COMPLAINT AND DISMISSING ACTION

    Plaintiff has filed a civil complaint, a motion for an injunction and a motion to seal with this court. The Court, having reviewed the complaint and record, does hereby find and ORDER that the complaint is defective for the following reasons:

    (1)    Rule 8(a) of the Federal Rules of Civil Procedure provide that

> A pleading which sets forth a claim for relief… shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction to support it, (2) a short and plain statement of the clam showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks…

Fed. R. Civ. P. 8(a).

1   Plaintiff's complaint does not comply with any of the requirements set forth in Rule 8(a).
2   His complaint is a rambling, convoluted and fantastical patchwork of conspiratorial allegations,
3   none of which are alleged to have occurred within the Western District of Washington.  The
4   Court is further aware that Plaintiff has filed dozens of lawsuits across the country, all of which
5   have been dismissed within weeks of being filed.  This one is no exception.
6       IT IS ORDERED that this complaint, and the accompanying motions, are DISMISSED
7   with prejudice.

9       The clerk is ordered to provide copies of this order to Plaintiff.
10  Dated December 8, 2010.

13      Marsha J. Pechman
14      United States District Judge

ORDER DECLINING TO SERVE COMPLAINT
AND DISMISSING ACTION- 2