# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-1656MJP |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint and accompanying motions, which fail to state claims upon which relief may be granted or allege any acts which occurred within the Western District of Washington, are hereby DISMISSED with prejudice.


Dated: December 8, 2010.

> William M. McCool
> Clerk of Court
>
> s/Mary Duett
> Deputy Clerk